UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BERNARD JASPERS,

    Petitioner,

    v.

KENNETH QUINN,

    Respondent.

Case No. C06-5049FDB

REPORT AND RECOMMENDATION

**NOTED FOR:**
**July 21st, 2006**

       This 28 U.S.C. § 2254 petition for habeas corpus relief has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4.  Respondent answered this petition and argued the petition is over one year time barred.  In addition the respondent argues the petition contains unexhausted but procedurally barred claims.  (Dkt. # 11).

       Petitioner has filed a motion to dismiss the petition without prejudice.  (Dkt. # 14).  Petitioner indicates he wishes to seek legal advice before proceeding further and cannot reply to respondents arguments.  Respondent has not responded to the motion. Under Local Rule 7 failure to respond to a motion may be deemed as a concession the motion has merit.

       The court has considered whether Respondent would be prejudiced by granting petitioner's

REPORT AND RECOMMENDATION- 1

motion and determines there would be no actual prejudice.  If the respondent's position is correct the petition will still be time barred.  Further, respondent's failure to file a pleading in opposition to petitioner's motion indicates no opposition to the motion.  Accordingly, the court recommends petitioner's motion be **GRANTED** and this petition be **DISMISSED WITHOUT PREJUDICE.**  A proposed order accompanies this report and recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  Thomas v. Arn, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **July 21st, 2006**, as noted in the caption.

Dated this 30th day of June, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2